# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1716
LT Case No. 2017-CF-2854

_____

CHRISTOPHER HRANEK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Christopher Hranek, Monticello, pro se.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____